**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DIANE KATHRYN MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 26-cv-1902 |
| | ) | |
| SCHEDULE A DEFENDANTS | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

Upon consideration of Plaintiff's Ex Parte Motion for 1) Temporary Restraining Order; 2) Order Restraining Assets related to the Defendants' Seller IDs; 3) Order to Show Cause Why a Preliminary Injunction Should Not Issue; and 4) Order Authorizing Expedited Discovery, supporting declarations and exhibits, and Memoranda of Law, it is ORDERED that, by **close of business November 3, 2026**, Plaintiff shall supplement its Motion, Memoranda of Law, and supporting declarations and exhibits with additional affidavits/declarations, supporting documents, and proposed findings of fact and conclusions of law in accordance with Fed.R.Civ.P. 65 and Section II (F) of this Judicial Officer's published Practices and Procedures. Such supplemental submissions MUST also address:

1. For each Defendant, state whether Plaintiff previously brought any action, claim, or proceeding in any court or tribunal in which Plaintiff sought to enforce the same copyrights against the same Defendant.

2. For each Defendant against whom an earlier action, claim, or proceeding has been brought, identify (a) the court(s) or tribunal(s) in which such claim was brought; (b)

the case number of such action; (c) the copyright that Plaintiff sought to enforce (identified by copyright number and description); and (d) the current status of such action as to each Defendant.

3. Identity the number of defendants who currently are enjoined or previously have been enjoined) by any other TRO or preliminary injunction for copyright infringement or similar unlawful conduct in any U.S. jurisdiction.

4. Supply information regarding the assets frozen pursuant to the Court's TRO, including the following: (i) the aggregate amount of assets frozen; (ii) the average amount frozen per defendant; (iii) the smallest amount frozen and the largest amount frozen, along with the identities of those corresponding defendants; (iii) the identities of each defendant who has had an asset freeze in an amount great than $10,000, along with the corresponding amount(s) frozen.

Dated: October 23, 2026

/s/ W. Scott Hardy
United States District Judge